United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHELSEA GRIFFIN, Plaintiff, | § § § § | CIVIL ACTION NUMBER 4:25-cv-06378 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| EQUIFAX INFORMATION SERVICES, LLC, Defendant. | § § § § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Chelsea Griffin proceeds here *pro se*. She filed this lawsuit, asserting claims under the Fair Credit Reporting Act against Defendant Equifax Information Services, LLC. Dkt 1. The matter was referred for disposition to Magistrate Judge Peter Bray. Dkt 5.

Judge Bray recommends that this action be dismissed for failure to prosecute. Dkt 9. He explains that after Plaintiff failed to submit the required summons to the Clerk's office or appear for scheduling conference on April 30, 2026, Plaintiff was ordered to attend an in-person show cause hearing on June 4, 2026. Dkt 8. The order warned, "Failure to appear will result in a recommendation that this case be dismissed with prejudice for failure to prosecute." Ibid. Plaintiff failed to appear at that hearing. Dkt 9 at 2. Judge Bray thus recommends that this action be dismissed with prejudice.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other

portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 9.

This action is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on ____June 25, 2026____, at Houston, Texas.


Honorable Charles Eskridge
United States District Judge

2